SUBURBAN HOUSE INTERIORS, INC.,
Plaintiff-Respondent,

v.

Marie M. Meyer BALLIU,
Defendant-Appellant.

No. WD 33201.

Missouri Court of Appeals,
Western District.

Nov. 9, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 4, 1983.

John E. Chick, Jr. of Coulson & Chick, Kansas City, for defendant-appellant.

---

Courtney W. Perkins, Kansas City, for plaintiff-respondent.

Before SOMERVILLE, C.J., and TURNAGE and MANFORD, JJ.

### ORDER

PER CURIAM:

This is an action for recovery of monies claimed due on an account stated. Judgment was entered in the sum of $2,317.03.

The judgment is affirmed. Rule 84.16(b).